THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENNY MORGANTI, Also Known as MORGAN, BEN HOGAN, Appellant.— Motion for reargument of appeal denied. See memorandum in *People* v. *Mancuso* (27 A D 2d 643) decided herewith. Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS EDWARD TAYLOR, Appellant.— Motion for reargument of appeal denied. See memorandum in *People* v. *Mancuso* (27 A D 2d 643) decided herewith. Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.